(125 So. 210)

## W. H. GARLINGTON v. CITY OF BIRMING-HAM. (6 Div. 498.)

Supreme Court of Alabama. Dec. 19, 1929.

Frank A. Wilkinson, of Birmingham, for petitioner.

W. J. Wynn and Ralph E. Parker, both of Birmingham, opposed.

BROWN, J. Petition of W. H. Garlington for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Garlington v. City of Birmingham, 125 So. 208.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.